AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Marcus Porter ) | Case No: 3:06cr64-001/MCR |
| ) | USM No: 06425-017 |
| Date of Previous Judgment: October 26, 2007 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of  ☒ the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☒ **DENIED.**   ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____ months **is reduced to** _____ .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: _____                   Amended Offense Level: _____
Criminal History Category: _____                Criminal History Category: _____
Previous Guideline Range: ____ to ____ months      Amended Guideline Range: ____ to ____ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
Defendant's original sentence of life was imposed pursuant to the statutory minimum mandatory not the sentencing range for the original offense. The court's Amended Judgment reducing Defendant's sentence for substantial assistance was a departure from the mandatory minimum not the Defendant's base offense level. Accordingly, Amendment 706 does not apply and Defendant is not entitled to a sentencing reduction under 18 U.S.C. § 3582(c)(2). *See United States v. Williams*, 2008 WL 5000148 (11th Cir. 2008).

All provisions of the judgment dated   October 26, 2007   shall remain in effect.
**IT IS SO ORDERED.**

Order Date:  12-15-08                              *M. Casey Rodgers*
                                                    Judge's signature

Effective Date: _____                            M. Casey Rodgers, United States District Judge
  (if different from order date)                    Printed name and title